UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUARDIAN INDUSTRIES CORP, et al.,

        Plaintiff,                     Civil Action No: 03-73722

v.                                     District Judge Arthur J. Tarnow
                                       Magistrate Judge R. Steven Whalen

AFG INDUSTRIES, INC.,

        Defendant.
_____/

**ORDER**

      Before the Court is Defendant's Motion to Compel Interrogatory Answers, Production of Documents and Designation of a rule 30(B)(6) Witness [Docket #37], which has been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). For the reasons and under the terms stated on the record on July 7, 2005,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.


                                            S/R. Steven Whalen_____
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: July 8, 2005


CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 8, 2005.

                                                  s/Gina Wilson
                                                  Judicial Assistant