UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GUARDIAN INDUSTRIES CORP, et al.,

        Plaintiff,              Civil Action No: 03-73722

v.                                  District Judge Arthur J. Tarnow
                                     Magistrate Judge R. Steven Whalen

AFG INDUSTRIES, INC.,

        Defendant.
_____/

**AMENDED ORDER**

Before the Court is Defendant's Motion to Compel Interrogatory Answers, Production of Documents and Designation of a rule 30(B)(6) Witness [Docket #37], which has been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). For the reasons and under the terms stated on the record on July 7, 2005,

    IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.


                                          S/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated:  July 20, 2005


CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 20, 2005.

                                                s/Gina Wilson
                                                Judicial Assistant